# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: AU:25-CR-00239(1)-ADA |
| § | |
| (1) HEBER DAVID GUTIERREZ-BONILLA § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 8, 2025, wherein the defendant (1) HEBER DAVID GUTIERREZ-BONILLA waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) HEBER DAVID GUTIERREZ-BONILLA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) HEBER DAVID GUTIERREZ-BONILLA's plea of guilty to Count One (1) is accepted.

Signed this 29th day of May, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE